MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501

Telephone:  (510) 523-4702
Facsimile:   (510) 747-1640

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN E. COOPER,

        Defendant,
and

PACIFIC BELL TELEPHONE
COMPANY, C/O CT CORP.,

        Garnishee.                    /

NO.  CV13 1991 SLM

STIPULATED ORDER OF
CONTINUING GARNISHEE

    IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, STEPHEN E. COOPER, that garnishee, PACIFIC BELL TELEPHONE COMPANY, withhold $275.00 per biweekly pay period from Judgment Debtor's non-exempt disposable income, commencing with the pay period immediately following June 23, 2014, until the entire judgment balance in the current amount of $5,436.94 (subsequent to a payment posted July 23, 2014, in the amount of $570.08), plus interest, has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

    IT IS HEREBY FURTHER STIPULATED that PACIFIC BELL TELEPHONE COMPANY, Garnishee, immediately remit to the United States Department of Justice the above mentioned

STIPULATED ORDER OF CONTINUING GARNISHMENT, US v. COOPER, CAND # C13-1991 SLM    1

1 payments, and as and for each biweekly pay period thereafter.

2 IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box 790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim number **2007A63431** on each check for posting purposes.

IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail from judgment creditor to judgment debtor, shall submit a financial statement to judgment creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case. It is understood that any appeal from an order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

By his/her signature hereafter, STEPHEN E. COOPER acknowledges that he/she has read, understands and waives all of his/her rights under the CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING GARNISHMENT and the GARNISHEE'S ANSWER and GARNISHEE'S

///
///
///
///
///
///

1 | ANSWER in exchange for the herein payment stipulation.

2 |

3 | Dated: July 29, 2014 _____
STEPHEN E. COOPER

4 | Dated: July 29, 2014 _____

5 | Michael Cosentino, Counsel for United States

6 | IT IS SO ORDERED.

7 | The August 7, 2014 CMC is VACATED.

8 | Dated: July 31, 2014 _____

9 | MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATED ORDER OF CONTINUING GARNISHMENT, US v. COOPER, CAND # C13-1991 SLM                3